No. 97–1631. WINDHAM *v.* CITY OF LOWELL ET AL. C. A. 8th Cir. Certiorari denied.

No. 97–1634. EVANS *v.* NEVADA DEPARTMENT OF MOTOR VEHICLES AND PUBLIC SAFETY. Sup. Ct. Nev. Certiorari denied.

No. 97–1651. BROWN *v.* FORD MOTOR CO. Ct. App. La., 1st Cir. Certiorari denied.

No. 97–1661. TEAMSTERS BREWERY & SOFT DRINK WORKERS LOCAL UNION 896, INTERNATIONAL BROTHERHOOD OF TEAMSTERS, AFL–CIO *v.* ANHEUSER-BUSCH, INC., ET AL. C. A. 9th Cir. Certiorari denied.

No. 97–1667. POWELL ET AL. *v.* FLORIDA ET AL. C. A. 11th Cir. Certiorari denied.

No. 97–1681. LYON METAL PRODUCTS, INC. *v.* CALIFORNIA BOARD OF EQUALIZATION. Ct. App. Cal., 1st App. Dist. Certiorari denied.

No. 97–1682. DAVIS *v.* BAPTIST MEMORIAL HOSPITAL SYSTEM, DBA BAPTIST MEDICAL CENTER HOSPITAL. C. A. 5th Cir. Certiorari denied.

No. 97–1746. IRBY *v.* ILLINOIS. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 97–1752. MISSOURIANS FOR TAX JUSTICE EDUCATION PROJECT, INC., ET AL. *v.* HOLDEN, MISSOURI STATE TREASURER, ET AL. Sup. Ct. Mo. Certiorari denied.

No. 97–1769. PECARO *v.* NEW JERSEY COUNCIL ON AFFORDABLE HOUSING. C. A. 3d Cir. Certiorari denied.

No. 97–1794. JEPPSEN *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 10th Cir. Certiorari denied.

No. 97–1809. DIMARTINI *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.